## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PEARL MUSICAL INSTRUMENT                  :
COMPANY CO. LTD.,
         *Plaintiff(s),*                        :
                                   :

         v.                                  :   **CIVIL NO. 23-3220**
                                   :

HOSHINO GAKKI CO., LTD. et al.,            :
         *Defendant(s).*                        :
                                   :

## ORDER

**AND NOW,** on this **7th** day of **July 2026,** upon consideration of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 77), Plaintiff's Response in Opposition (ECF Nos. 80, 91), Defendants' Reply in Support (ECF No. 82), and the representations made by counsel during the hearing on this Motion held on June 3, 2026, it is hereby **ORDERED** that the Motion is **GRANTED.** For the reasons discussed in the accompanying memorandum, Plaintiff's trade dress claim is **DISMISSED WITHOUT PREJUDICE.** It is **FURTHER ORDERED** that Plaintiff shall amend its complaint to cure the deficiencies identified in the memorandum by **Friday, August 7, 2026.**

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**